UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLPR, LLC, | Case No. 06-CV-1327-W (JMA) |
| Plaintiff, | **ORDER REGARDING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| THE SAN DIEGO UNIFIED PORT DISTRICT, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for **October 4, 2006** at **10:00 a.m.** is converted to a <u>telephonic</u> conference <u>with counsel only</u>. Counsel for each party shall participate in the conference. The Court will initiate the conference call.

DATED: September 29, 2006

_____
Jan M. Adler
U.S. Magistrate Judge

06cv1327