UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLRP, LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>THE SAN DIEGO UNIFIED PORT DISTRICT, and DOES 1 through 50, inclusive, UNITED STATES ARMY CORPS OF ENGINEERS and DOES 1 through 50, inclusive,<br><br>          Defendants. | Civil No.   06cv1327-W (POR)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND SCHEDULING SETTLEMENT CONFERENCE** |

  On October 23, 2006, the Court held a Case Management Conference. Albert Morrison appeared on behalf of Plaintiff; Tom Stahl appeared on behalf of Defendant U.S. Army Corps of Engineers; and David Catalino appeared on behalf of Defendant San Diego Unified Port District. Based on discussions with counsel, the Court finds good cause to delay issuing Federal Rule of Civil Procedure 26 dates and hereby schedules a Settlement Conference for **December 1, 2006** at **9:30 a.m.** Counsel for Plaintiff, Plaintiff, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. Counsel for Defendants U.S. Army Corps of Engineers and San Diego Unified Port District shall appear in person and shall bring representatives who are knowledgeable of the issues in this case and the permitting process involved

///

///

///

1 | in this lawsuit.

2 | **IT IS SO ORDERED.**

3 | DATED: October 24, 2006

_____
LOUISA S PORTER
United States Magistrate Judge

7 | cc: District Judge
    All parties